IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDELTON DIVISION

| | |
|---|---|
| HELLS CANYON PRESERVATION COUNCIL, ) ) )     Plaintiff, ) ) v. ) ) UNITED STATES FOREST SERVICE, ) )     Defendant. ) ) | Case No. 09-cv-1500-SU<br><br>JOINT STIPULATION OF DISMISSAL AND ORDER |

    Plaintiff Hells Canyon Preservation Council and Defendant United States Forest Service, hereby stipulate that, upon entry of the below Order by the Court, and for the reasons and pursuant to the terms set forth in the Settlement Agreement signed by the parties (attached as Exhibit 1), Plaintiff's claims challenging the agency's Decision Notice and Finding of No Significant Impact for the Sled Springs Off-Highway Vehicle (OHV) Trail System and Road Management Plan, issued on May 29, 2009, shall be voluntarily dismissed with prejudice.

    Respectfully submitted this 16th day of December 2011.


/s/ *Jennifer R. Schwartz, by /s/ Julia Thrower*
pursuant to email authorization on 12/16/2011
JENNIFER R.SCHWARTZ, OSB #072978
Hells Canyon Preservation Council
P.O. Box 2768
La Grande, Oregon 97850
Ph: 541-963-3950 x23
Fax: 541-963-0584
jennifer@hellscanyon.org

/s/ *Jennifer R. Schemm, by /s/ Julia Thrower*
pursuant to email authorization on 12/16/2011
JENNIFER R. SCHEMM, OSB #970086

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

     /s/   *Julia Thrower*
ALISON D. GARNER, DC Bar # 983858
JULIE S. THROWER, Cal Bar #253472
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone: (202) 514-2855

| | |
|---|---|
| Attorney at Law | Telephone: (202) 305-0247 |
| 602 "O" Avenue | Facsimile: (202) 305-0506 |
| La Grande, OR 97850 | alison.garner@usdoj.gov |
| Ph: 541 962-0860 | julie.thrower@usdoj.gov |
| Fax: 541-962-7831 | |
| jschemm@eoni.com | *Attorneys for Defendant* |

*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: January  6 , 2012         /s/ Marco A. Hernandez
                                 HONORABLE MARCO A. HERNANDEZ
                                 UNITED STATES DISTRICT JUDGE